### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAURA LOWERY,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security Administration,<br><br>                Defendant. | Case No. 14-CV-310-JHP-FHM |

### **OPINION AND ORDER**

Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, [Dkt. 24], is before the court.

Judgment was entered in favor of Defendant and against Plaintiff. [Dkt. 30]. Thus, Plaintiff is not the prevailing party in this action and is not entitled to an award of attorney fees, 28 U.S.C. § 2412(d).

Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, [Dkt. 24], is DENIED.

SO ORDERED this 4th day of April, 2016.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE